1027.   CLARKE BROTHERS v. DEAL.

POWELL, J.   1. In order for this court to review a refusal to sanction a certiorari, the petition must be incorporated in the bill of exceptions or otherwise verified as a part thereof by the trial judge; an unsanctioned petition can not be specified as a part of the record. Hall v. State, 2 Ga. App. 437 (58 S. E. 558), and cit.

2. While, by the Civil Code, §§ 5570, 5573, bills of exceptions may be amended by the record or so as to conform thereto, it is not permissible to add to a bill of exceptions, after its filing, service, and transmission, a paper not a part of the record, though it is certified by the trial judge to be a true copy of an instrument pertinent to the case.

3. Where the bill of exceptions complains of the refusal to sanction an application for certiorari, and the petition is neither incorporated in the. bill of exceptions nor attached as an exhibit thereto, the bill of exceptions can not be amended in this court by adding a copy of the petition, though it is verified by the judge of the superior court.

                                                            Writ of error dismissed.

Motion to dismiss the writ of error.

Submitted April 21,—Decided May 7, 1908.

W. deR. Barclay, for plaintiffs in error.   C. L. Morgan, contra.

---

1038.   CALDWELL v. CAMPBELL.

POWELL, J.   The plaintiff, an insurance agent, took from the defendant an application for insurance, in which the amount of the premium was left blank. He took, however, a note for the first premium, in a specified amount. The policy, when delivered to the applicant, recited a slightly larger sum as the annual premium, but acknowledged receipt of the first premium. The insured kept the policy, never offered to return it, and made no objection, until after the note matured. Held, that a verdict against the defendant for the amount of the note was proper. Jones v. Gilbert, 93 Ga. 607 .(20 S. E. 48) ; Leigh v. Brown, 99 Ga. 258 (25 S. E. 621) ; Johnson v. White, 120 Ga. 1010 (48 S. E. 426) ; Mass. Benefit Life Asso. v. Robinson, 104 Ga. 256(4), (30 S. E. 918) 42 L. R. A. 261).                                        Judgment affirmed.

Certiorari, from Decatur superior court—Judge Spence. February 10, 1908.

Submitted April 22,—Decided May 7, 1908.

E. S. Longley, for plaintiff in error.

Ricketson & Hale, Dasher & Parks, contra.